RAYMOND P. ZAPPULLA, Appellant, v. COUNTY OF WESTCHESTER et al., Respondents. — In an action to recover damages for injuries to person and property, the appeal is from an order granting a motion to dismiss the complaint on the ground that the action was not brought within the time limited by law. Order unanimously affirmed, without costs. The action is barred because it was not brought within nine months after the accident. (Westchester County Administrative Code, § 501 [L. 1948, ch. 852]; Civ. Prac. Act, § 24; *Field* v. *Westchester County Playland Comm.*, 1 A D 2d 684, motion for leave to appeal denied 1 N Y 2d 642.) Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

HERMAN ZEFFERER, Appellant, v. CARLETON CAMPBELL, Respondent.— In an action to recover damages for libel, the appeal is from an order granting a motion to dismiss the complaint for insufficiency. The statement upon which the action is based, as alleged in the complaint, was contained in an affidavit made by respondent, a physician, in an action for separation against the appellant. Order unanimously affirmed, with $10 costs and disbursements. The affidavit was made during the course of a judicial proceeding. The relevancy of the statement is necessarily implied on the further allegation in the complaint that the statement materially reduced appellant's chances of success in the separation action so that he consented to an adverse judgment. In any event, there is no factual allegation in the complaint showing that the statement was irrelevant, an allegation which is essential in the light of the fact that the affidavit had been submitted in a legal proceeding. Present—Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

# (April 22, 1957)

JOHN A. BELLIZZI, Respondent, v. HUNTLEY ESTATES, INC., Appellant.— Motion to amend the decision handed down December 19, 1955 (1 A D 2d 683) granted. The decision is amended by adding, after the words " to abide the event ", the following sentence: "The court has considered the questions of fact and has determined that it would not grant a new trial upon those questions." Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.

M. BREGER & CO., INC., Appellant, v. THOMAS O. SPAMPINATO et al., Respondents.— Motion for leave to appeal to the Appellate Division and for other relief denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.

AARON FLANZBAUM, Doing Business under the Name of DAVAAR INDUSTRIES, LIMITED, Appellant, v. EZRA KLEIN, Doing Business under the Name of TERMINAL TRUCKING CO., Judgment Debtor, and M & M TRANSPORTATION COMPANY, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See *ante*, p. 749.]

MARY PRETTO, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.